JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAYFAYETTE HAWKINS, | No. CV 16-4089-RGK (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| JOSIE GASTELLO, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: November 04, 2016

*Gary Klausner*

_____
R. GARY KLAUSNER
United States District Judge